Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff Matthew Alan Carlson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Alan Carlson, | Case No. 2:22-cv-03197-DSF-AS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Medpro Services, Inc., | |
| Defendant. | |

Plaintiff Matthew Alan Carlson hereby notifies the Court that the parties have reached a global settlement in this case, the performance of which is pending. The parties anticipate dismissing this case with prejudice within 21 days of this notice.

Respectfully submitted,

Dated: July 12, 2022

Law Office of Rick Morin, PC

_____
Richard Morin
Attorney for Plaintiff