Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Alan Carlson,<br><br>       Plaintiff,<br>  v.<br><br>Medpro Services, Inc.,<br><br>       Defendant. | Case No. 2:22-cv-03197-DSF-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

    Plaintiff Matthew Alan Carlson voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Respectfully submitted,

Dated: July 26, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff